**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| In Re: Arlene P. Jean−Gilles | BK No. 1:18−bk−11538 |
| Debtor(s) | Chapter 7 |

### ORDER GRANTING MOTION FOR RELIEF FROM STAY,
*(this relates to Document # 14)*

The Court, having considered the Motion for Relief from the Automatic Stay, (Doc. # 14); filed by U.S. Bank National Association ; and it appearing that proper notice was provided; and no objection having been filed,

IT IS HEREBY ORDERED:

(1) U.S. Bank National Association is granted relief from the automatic stay imposed under 11 U.S.C. § 362 to pursue its legal remedies under applicable non−bankruptcy law with respect to:

76 Whitehall Street Providence, Rhode Island 02909.

(2) The 14−day stay imposed under Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure applies.

*So Ordered:*

/s/ Diane Finkle
U.S. Bankruptcy Court Judge

Date: **12/11/18**

Entered on Docket: **12/11/18**
Document Number: **26 – 14**

ogrelstay.jsp #115df

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626−3100*

Website: www.rib.uscourts.gov